**\*E-Filed 10/19/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMTINAN HUSSAIN,<br><br>          Plaintiff,<br>     v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>          Defendants.<br>_____/ | **No. C 09-04913  RS**<br><br>**ORDER** |

Although the petition herein is not expressly labeled as seeking mandamus relief, it appears that it is appropriately treated as subject to the procedures set forth in General Order 61. Accordingly, the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 3) is hereby VACATED. The Clerk is directed to issue a scheduling order pursuant to General Order 61.

IT IS SO ORDERED.

Dated: October 19, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE