1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11

12 | IMTINAN HUSSAIN,                                  )
   |                                                   )  No. C 09-4913 RS
13 |                     Plaintiff,                    )
   |                                                   )
14 |             v.                                    )  **PARTIES' CONSENT TO MAGISTRATE**
   |                                                   )  **JUDGE JURISDICTION; STIPULATION**
15 | Department of Homeland Security, JANET            )  **TO DISMISS; AND** ~~[PROPOSED]~~
   | NAPOLITANO, Secretary; U.S. Attorney              )  **ORDER**
16 | General, ERIC HOLDER; United States               )
   | Citizenship and Immigration Services,             )
17 | ALEJANDRO MAYORKAS, Director; United              )
   | States Citizenship and Immigration Services,      )
18 | REBECCA S. CARSON, Chief; United States           )
   | Citizenship and Immigration Services,             )
19 | FRANCIS D. SICILIANO, Field Office                )
   | Director; and Federal Bureau of Investigation,    )
20 | ROBERT S. MUELLER, III, Director.                 )
   |                                                   )
21 |                     Defendants.                   )
   |_____)

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26      Additionally, Plaintiff, by and though his attorney of record, and Defendants, by and through

27 their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

28 above-entitled action without prejudice in light of the fact that the United States Citizenship and

Stipulation to Dismiss
C 09-4913 RS                                    1

1  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and
2  agrees to do so within 30 days of the dismissal of this action.  See 8 U.S.C. § 1447(b).
3      Each of the parties shall bear their own costs and fees.

4  Dated: December 3, 2009                     Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7                                              _____/s/_____
                                               ILA C. DEISS[1]
8                                              Assistant United States Attorney
                                               Attorneys for Defendant
9

10

11 Date: December 3, 2009                     _____/s/_____
                                              GERI N. KAHN
12                                             Attorney for Plaintiff

13

14                          **ORDER**

15  Pursuant to stipulation, IT IS SO ORDERED.

16

17  Date:  12/8/09                            _____
18                                             RICHARD SEEBORG
                                               United States Magistrate Judge
19

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-4913 RS                                    2